# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MEN OF DESTINY MINISTRIES, INC.,**

    **Plaintiff,**

**-vs-**              **Case No. 6:06-cv-624-Orl-31DAB**

**OSCEOLA COUNTY, FLORIDA,**

    **Defendant.**

_____

## ORDER

This cause came on for consideration at the hearing held on May 18, 2006, on the Plaintiff's Motion for Preliminary Injunction (Doc. No. 2). After hearing oral argument, the County agreed to forbear from enforcement proceedings until a trial on the merits could be held, which is scheduled to commence on Wednesday, July 26, 2006 at 9:00 a.m. (3 days). Accordingly, it is

  **ORDERED** that Plaintiff's Motion for Preliminary Injunction is DENIED, as moot.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2006.

                   GREGORY A. PRESNELL
                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party